HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
ANDRES HERNANDEZ FARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:15-cr-00160-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) TO CONTINUE STATUS CONFERENCE |
| ANDRES HERNANDEZ FARIAS, | ) Date: September 2, 2016 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Andres Hernandez Farias that the status conference, currently scheduled for September 2, 2016, be continued to September 9, 2016 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 9, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                          Respectfully submitted,

Dated:  August 29, 2016                    HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Noa E. Oren*
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for Defendant

Dated: August 29, 2016
                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Katherine Lydon*
                                          KATHERINE LYDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 9, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 2, 2016 status conference  shall be continued until September 9, 2016, at 9:00 a.m.

Dated:  August 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge